```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION


Emmanuel Tijani Mohammed,     :

        Plaintiff,            :

   v.                         :     Case No. 2:11-cv-469

Michael Lofreso,              :     JUDGE JAMES L. GRAHAM
et al.,                             Magistrate Judge Kemp
        Defendants.           :
```

                                ORDER

   This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on July 12, 2011. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation.  This case is DISMISSED pursuant to 28 U.S.C. §1915(e)(2), without prejudice to plaintiff's ability to pursue appropriate relief in a state court.

   IT IS SO ORDERED.


Date: August 15, 2011              _____s/James L. Graham_____
                                   James L. Graham
                                   United States District Judge